1  MICHAEL C. ORMSBY
   United States Attorney
2  Eastern District of Washington
3  Thomas J. Hanlon
   Assistant United States Attorney
4  402 E. Yakima Ave., Suite 210
5  Yakima, WA 98901
6  Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 12 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,        )
                                 )   **1:16-CR-2074-LRS**
           Plaintiff,            )
                                 )   INDICTMENT
                                 )
     vs.                         )
                                 )   Vio: 18 U.S.C. § 922(g)(1) – Felon in
                                 )   Possession of Firearm
RYAN EDWARD ASHLOCK,             )
                                 )   18 U.S.C. § 924 and 28 U.S.C. § 2461
           Defendant.            )   Forfeiture Allegations

The Grand Jury charges:

That on or about August 30, 2016, in the Eastern District of Washington, the Defendant, RYAN EDWARD ASHLOCK, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Mitchell Arms, Model Trophy II, .22 caliber semi-automatic pistol, bearing serial number T201190, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. § 922(g)(1).

INDICTMENT                              1

## NOTICE OF CRIMINAL FORFEITURE

1. The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c).

2. Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 922(g)(1), as set forth in this Indictment, Defendant, RYAN EDWARD ASHLOCK, shall forfeit to the United States of America any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

FIREARMS/AMMUNITION

1) a Mitchell Arms, Model Trophy II, .22 caliber semi-automatic pistol, bearing serial number T201190; and,

2) Approximately 108 rounds of assorted caliber ammunition from various manufacturers.

All seized from RYAN EDWARD ASHLOCK on or about August 30, 2016, by the Bureau of Alcohol, Tobacco, Firearms & Explosives.

DATED: October 12, 2016

MICHAEL C. ORMSBY
United States Attorney

*/s/ Thomas J. Hanlon*
Thomas J. Hanlon
Assistant United States Attorney

INDICTMENT                              2