# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 01, 2016**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Ashlock, Ryan Edward | Docket No. | 0980 1:16CR02074-LRS-1 |

### Petition for Action on Conditions of Pretrial Release

      COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Ryan Edward Ashlock, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 19th day of October 2016 under the following condition:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether defendant has been prescribed a medical marijuana card.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violations #1-2:** Consuming non prescribed medication, Methadone, on November 30, 2016, and by possessing non prescribed medication, Suboxone, on November 30, 2016.

PRAYING THAT THE COURT WILL TAKE NO ACTION AT THIS TIME

---

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: December 1, 2016

by  s/Linda Leavitt

Linda Leavitt
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*M.K. Dimke*

Signature of Judicial Officer

12/1/2016

Date