# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Ashlock, Ryan Edward | Docket No. | 0980 1:16CR02074-LRS-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Ryan Edward Ashlock, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 19th day of October 2016, under the following condition:

**Standard Condition #9:** The defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether defendant has been prescribed a medical marijuana card.

**Special Condition #2**: The defendant shall submit to random urinalysis testing as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Consuming controlled substances heroin and methamphetamine on March 16, 2017.
**Violation #2:** Consuming controlled substance opiates and amphetamines on March 20, 2017.
**Violation #3:** Failing to submit to required federal probation random color line urine testing at Merit on March 21, 2017.

PRAYING THAT THE COURT WILL ISSUE A WARRANT AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  March 24, 2017

by  s/Linda Leavitt

Linda Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*
_____
Signature of Judicial Officer

3/24/2017
_____
Date