PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR - 3 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.     Ashlock, Ryan Edward          Docket No.     0980 1:16CR02074-LRS-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Ryan Edward Ashlock, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the Court at Yakima, Washington, on the 19th day of October, 2016, under the following condition:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether defendant has been prescribed a medical marijuana card.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #4:** Consuming controlled substances, codeine and morphine, on or about March 27, 2017.
**Violation #5:** Consuming controlled substances, methamphetamine, codeine and morphine, on or about March 29, 2017.

PRAYING THAT THE COURT WILL ISSUE A WARRANT AT THIS TIME, AND INCORPORATE THE ABOVE VIOLATIONS WITH THE VIOLATIONS PREVIOUSLY SUBMITTED TO THE COURT.

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:     April 3, 2017 |
| by | s/Linda Leavitt |
|  | Linda Leavitt
U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_James P Hutton_
Signature of Judicial Officer

4/3/2017
Date