PROB 12C
(6/16)

Report Date: October 20, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 23 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Ryan Edward Ashlock | | Case Number: 0980 1:16CR02074-LRS-1 |
| Address of Offender: ███████████████ Yakima, Washington 98901 | | |
| Name of Sentencing Judicial Officer: | The Honorable Lonny R. Suko, Senior U.S. District Judge | |
| Date of Original Sentence: May 23, 2017 | | |
| Original Offense: | Felon in Possession of Firearm 18 U.S.C. §§ 922(g)(1) | |
| Original Sentence: | Prison - 7 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: October 6, 2017 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: October 5, 2020 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: On October 10, 2017, Mr. Ashlock signed his conditions of supervised release relative to this docket number 1:16CR02074-LRS-1, indicating he understood all conditions as ordered by the Court.<br><br>On October 10, 2017, Mr. Ashlock reported to probation and submitted a presumptive positive urinalysis test for the presence of methamphetamine. Mr. Ashlock initially denied consuming any controlled substance and the urinalysis was sent to Alere laboratory for testing. On October 16, 2017, this officer received a drug test report from Alere. The report showed positive results for methamphetamine.<br><br>On October 16, 2017, this officer confronted Mr. Ashlock about his positive urinalysis. Mr. Ashlock explained he consumed methamphetamine on October 5, 2017, the day before he released from the Bureau of Prisons (BOP). Mr. Ashlock once again submitted a UA which tested positive for the presence of methamphetamine. He initially denied any recent use of controlled substances and stated it must still be in his system from October 5, 2017. The urinalysis was sent to Alere laboratories for testing. |

Prob12C
**Re: Ashlock, Ryan Edward**
October 20, 2017
Page 2

Mr. Ashlock reported to probation on October 18, 2017, and stated he wanted to be honest with this officer. Mr. Ashlock admitted he consumed methamphetamine on October 6, 2017, after he released from BOP and admitted to consuming methamphetamine on October 12, 2017.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 20, 2017

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[✗]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/23/17
Date