PROB 12C
(6/16)

Report Date: November 29, 2017

## United States District Court

### for the

### Eastern District of Washington

**RECEIVED**
**NOV 29 2017**
CLERK, US DISTRICT COURT
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ryan Edward Ashlock | Case Number: 0980 1:16CR02074-LRS-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Yakima, Washington 98901 | |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge | |
| Date of Original Sentence: May 23, 2017 | |
| Original Offense: Felon in Possession of Firearm 18 U.S.C. § 922(g)(1) | |
| Original Sentence: Prison - 7 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Thomas J. Hanlon | Date Supervision Commenced: October 6, 2017 |
| Defense Attorney: Jeremy B. Sporn | Date Supervision Expires: October 5, 2020 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 10/20/2017.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 19**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On October 10, 2017, Mr. Ashlock signed his conditions of supervised release relative to docket number 1:16CR02074-LRS-1, indicating he understood all conditions as ordered by the Court. |
| | On November 28, 2017, Mr. Ashlock reported to probation and admitted to consuming methamphetamine on November 17, 2017. Mr. Ashlock signed a drug use admission report and explained he consumed methamphetamine to help him stay awake at work. |

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  November 29, 2017

s/Phil Casey

Phil Casey
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

11/29/17
Date